ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CLIVE ANTHONY TERRELONGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 309-052 |
| ) | |
| WALT WELLS, Warden, MARC GUNN, ) | |
| Assistant Warden, and OWNERS OF CCA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Owners of Corrections Corporation of America are **DISMISSED** for failure to timely effect service, Defendants' Motion for Summary Judgment is **GRANTED**, an appropriate final judgment shall be **ENTERED** in favor of Defendants Wells and Gunn, and this civil action is **CLOSED**.

SO ORDERED this 29th day of July, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE